AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

**JAMES ALFRED HENDERSON**

Case Number: **1:96CR29-001-ID**

USM Number: **09705-002**

**James R. Cooper, Jr.**
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) **1, 2 and 3** after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | While on Supervised Release, defendant shall not commit another federal, state or local crime. Defendant shall not illegally possess a controlled substance. | 2/2/2006 |
| 2 | While on Supervised Release, defendant shall not commit another federal, state or local crime. | 2/2/2006 |
| 3 | While on Supervised Release, defendant shall not illegally posses a controlled substance. | 2/2/2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s) __4__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **00/00/1960**

Defendant's Residence Address:

**Enterprise, Alabama**

Defendant's Mailing Address:

**Enterprise, Alabama**

**July 31, 2007**
Date of Imposition of Judgment

_/s/ signature_
Signature of Judge

**IRA DEMENT, SENIOR U.S. DISTRICT JUDGE**
Name and Title of Judge

_August 21, 2007_
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: **JAMES ALFRED HENDERSON**
CASE NUMBER: **1:96CR29-001-ID**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**Twenty four (24) months.**

X   The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Drug Counseling is available.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____ .
  ☐   as notified by the United States Marshal.
  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL